**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:    Bryant Lee Phillips<br>                Debtor<br>Bayview Loan Servicing, LLC, as servicer for Federal National Mortgage Association, or its Successor or Assignee<br>                Movant<br>        vs.<br><br>WILLIAM C. MILLER, Esq., Trustee<br>Bryant Lee Phillips<br>                Respondents | Chapter 13<br>Bankruptcy No. 19-13506-ELF |

**ORDER**

AND NOW, this  17th  day of     December     , 20 19 , it is hereby **ORDERED** that the automatic stay of Bankruptcy Code §362(a) be, and the same hereby is, **MODIFIED** to permit Bayview Loan Servicing, LLC, as servicer for Federal National Mortgage Association, or its Successor or Assignee, to foreclose its mortgage, and, without limitation, to exercise any other rights it has under the mortgage or with respect to the property located at: 174 Beechwood Rd, Secane, Pennsylvania 19018-2011, such actions may include but are not limited to selling the property at Sheriff's Sale, entering into a loan modification or signing a deed in lieu of foreclosure, and it is further,

**ORDERED** that Movant shall be permitted to communicate with Debtor and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law.

**ORDERED** that Movant may pursue any and all loss mitigation options with respect to the Debtor(s) or the real property described above, including but not limited to repayment agreement, loan modification, short sale or deed-in-lieu of foreclosure.

   **Order entered by default.**

_____
Eric L. Frank
United States Bankruptcy Judge